Plaintiff, John D. Lynch II

V.

Pathward, N.A.   in Case No. 3:24-cv-3119-CMC-SVH

files for a hearing ASAP (As Soon as possible).

See Attached ATM statement - Netspend Debit card with Proper PIN Commands Account Balance printout, But No cash withdrawal.

See Attached: 3 Printouts

RCVD - USDC COLA S
MAY 28 '24 AM9:54

Plaintiff

John D. Lynch II    Case No. 3:24-cv-3199-CMC-SVH)

Reasons for Hearing Request ASAP

① — Phone Bill > 1 week late
    $214 to ATT

② — ~~Been~~ Apartment Lease Application to end Homelessness due this week — $900.00 at least will be required

③ — Essential medications required in 1 week to prevent Bilateral Hydronephrosis, accelerated renal failure (FLomax) and Atrial Fibrillation prevention c̄ resultant L. Atrial Thrombi (tenormin)

Pathward -N.A. refuses to accept my S.C. ID card as valid and is preventing my access to my Social Security payments — the Direct Deposit to Pathward, N.A.)(Net-

<u>Plaintiff</u>: John D. Lynch II    (10)

Case No. 3:24-cv-3199-CMC-SVH (cont.) — -Spend) was linked in person at Strom Thurmon Social Security Office, where my S.C. I.D. was accepted as valid.

Respectfully Submitted,

*John D. Lynch II* (signature)

John D. Lynch II

5/28/2024