**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0450
AUTH.       #     = 000450 99
DATE & TIME       = 05/24/2024 18:28:31
BUSINESS DATE     = 05/24/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = WITHDRAWAL
ACCOUNT           = CHECKING
----------------------------------------
DISPENSED AMOUNT  =              $0.00
REQUESTED AMOUNT  =            $100.00
TSI               =               6800
TC                =   F8ED237B9F17DD04
TVR               =           8080048000
----------------------------------------
DECLINED
ERROR CODE = 3-DA005(00)
Do Not Honor

SEQ.#: 0450                  JNL.#: 1058
```

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0439
AUTH.       #     = 000439 99
DATE & TIME       = 05/24/2024 09:11:55
BUSINESS DATE     = 05/24/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = WITHDRAWAL
ACCOUNT           = CHECKING
----------------------------------------
DISPENSED AMOUNT  =              $0.00
REQUESTED AMOUNT  =            $100.00
TSI               =               6800
TC                =   7AF206F631A20796
TVR               =           8080048000
----------------------------------------
DECLINED
ERROR CODE = 3-DA005(00)
Do Not Honor

SEQ.#: 0439                           1038
```

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0458
AUTH.       #     = 000458 99
DATE & TIME       = 05/25/2024 21:17:46
BUSINESS DATE     = 05/25/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = WITHDRAWAL
ACCOUNT           = CHECKING
----------------------------------------
DISPENSED AMOUNT  =              $0.00
REQUESTED AMOUNT  =            $100.00
TSI               =               6800
TC                =   EDDAE9DDC96C9059
TVR               =           8080048000
----------------------------------------
DECLINED
ERROR CODE = 3-DA005(00)
Do Not Honor

SEQ.#: 0458                  JNL.#: 1075
```

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0464
AUTH.       #     = 000464 99
DATE & TIME       = 05/26/2024 16:37:21
BUSINESS DATE     = 05/26/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = WITHDRAWAL
ACCOUNT           = CHECKING
----------------------------------------
DISPENSED AMOUNT  =              $0.00
REQUESTED AMOUNT  =            $100.00
TSI               =               6800
TC                =   B4D12676FACA300D
TVR               =           8080048000
----------------------------------------
DECLINED
ERROR CODE = 3-DA005(00)
Do Not Honor

SEQ.#: 0464                  JNL.#: 1089
```

Cesella
3:24-cv-
3199-
CMC-
SVH

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0463
AUTH.       #     = 000463 99
DATE & TIME       = 05/26/2024 16:36:39
BUSINESS DATE     = 05/26/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = BALANCE INQUIRY
ACCOUNT           = CHECKING
-------------------------------------
LEDGER BALANCE      =            $0.00
AVAILABLE BALANCE   =        $4,582.46
TSI                 =             6800
TC                  = 2629D36B358B9301
TVR                 =         8080048000

APPROVED

SEQ.#: 0463                JNL.#: 1088
```

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0449
AUTH.       #     = 000449 99
DATE & TIME       = 05/24/2024 18:27:54
BUSINESS DATE     = 05/24/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = BALANCE INQUIRY
ACCOUNT           = CHECKING
-------------------------------------
LEDGER BALANCE      =            $0.00
AVAILABLE BALANCE   =        $4,583.46
TSI                 =             6800
TC                  = 767C92F624BB2AB6
TVR                 =         8080048000

APPROVED

SEQ.#: 0449                JNL.#: 1057
```

Case No.
3:24-cv-3119
CMC-SUIT

**TRANSACTION RECORD**
Customer Copy

```
418 PINEY GROVE
COLUMBIA SC 29210
8039328006
THANK YOU
TERMINAL    #     = A724827
SEQUENCE    #     = 0457
AUTH.       #     = 000457 99
DATE & TIME       = 05/25/2024 21:17:08
BUSINESS DATE     = 05/25/2024
CARD NUMBER       = ************9535
US DEBIT          = A0000000980840
TRANSACTION       = BALANCE INQUIRY
ACCOUNT           = CHECKING
-------------------------------------
LEDGER BALANCE      =            $0.00
AVAILABLE BALANCE   =        $4,582.96
TSI                 =             6800
TC                  = C6437F7A5AD30C64
TVR                 =         8080048000

APPROVED

SEQ.#: 0457                JNL.#: 1074
```